**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2376**

_____

MARTY A. SONS; KITTY G. HYATT,

        Plaintiffs - Appellants,

      v.

JUDGE PHILIP TROMPETER, individually; COMMONWEALTH OF
VIRGINIA, his employer; COMMONWEALTH OF VIRGINIA; ROANOKE
COUNTY, VIRGINIA; ROANOKE COUNTY DEPARTMENT OF SOCIAL
SERVICES, and their employees; MELVIN E. WILLIAMS, Attorney;
FICTITIOUS DEFENDANTS A THROUGH E, whose names are unknown
to plaintiffs at this time but will be added upon discovery
of same,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James P. Jones, District
Judge. (7:12-cv-00448-JPJ-PMS)

_____

Submitted:  February 28, 2013      Decided:  March 8, 2013

_____

Before WILKINSON, NIEMEYER, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marty A. Sons; Kitty G. Hyatt, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marty A. Sons and Kitty G. Hyatt appeal the district court's order dismissing their civil complaint as frivolous under 28 U.S.C. § 1915 (2006). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Sons v. Trompeter</u>, No. 7:12-cv-00448-JPJ-PMS (W.D. Va. Oct. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>